**Opinion issued January 14, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

_____

## NO. 01-19-01002-CV

_____

## IN RE QUADRY MILLS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Quadry Mills, has filed a petition for writ of mandamus asking this Court to direct the trial court to vacate its September 24, 2019 order granting the motion for new trial filed by Real Party in Interest Ashley Allessandria Holden.[1]

---

[1] The underlying case is *In the Interest of W.M., a Minor*, cause number 2019-42557, pending in the 507th District Court of Harris County, Texas, the Honorable Julia Maldonado presiding.

.

We deny the petition. All pending motions are dismissed as moot.

# PER CURIAM

Panel consists of Justices Keyes, Goodman, and Countiss.